**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-2460**

_____

TIMI STEPHEN JONES,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: June 8, 2017                                   Decided: June 20, 2017

_____

Before MOTZ, AGEE, and HARRIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

H. Glenn Fogle, Jr., THE FOGLE LAW FIRM, LLC, Atlanta, Georgia, for Petitioner. Chad A. Readler, Acting Assistant Attorney General, Anthony C. Payne, Assistant Director, Lance L. Jolley, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timi Stephen Jones, a native and citizen of Liberia, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion for reconsideration. We have thoroughly reviewed the record and conclude that the Board did not abuse its discretion by denying reconsideration. *See Urbina v. Holder,* 745 F.3d 736, 741 (4th Cir. 2014). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
